UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YANG VANG,

                    Petitioner,

          v.

WARDEN OF GOLDEN STATE ANNEX
DETENTION FACILITY,

                    Respondent.

No.  1:26-cv-0892-DJC-CKD P

ORDER

Petitioner proceeds pro se and seeks relief under 28 U.S.C. § 2241. This case is referred to the undersigned by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and the minute order issued on February 11, 2026. (ECF No. 10.) Respondent has answered the petition. Accordingly, petitioner may file any optional reply within 30 days of the date of this order.

Petitioner also requests the appointment of counsel.  There currently exists no absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

////

1

Accordingly, IT IS HEREBY ORDERED as follows:

1.   Petitioner's motion for appointment of counsel (ECF No. 3) is DENIED without prejudice.

2.   Petitioner may file any optional reply to respondent's answer within 30 days of the date of this order.

Dated:  February 18, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 vang0892.110

2