UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANG VANG,<br><br>            Petitioner,<br><br>      v.<br><br>WARDEN OF GOLDEN STATE ANNEX<br>DETENTION FACILITY, et al.,<br><br>            Respondents. | No.  1:26-cv-0892-DJC-CKD P<br><br><br>ORDER |

Petitioner filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 12, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. (ECF No. 19.)  Respondents filed objections to the findings and recommendations. (ECF No. 17.)

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The Magistrate Judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). The Court has reviewed the file and finds the findings and

1

recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations (ECF No. 17) are adopted.

2. Petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2241 (ECF No.1) is GRANTED in part.

3. Respondents are ordered to IMMEDIATELY RELEASE petitioner under the previously imposed conditions of supervision.

4. Respondents are ordered to not seek to revoke petitioner's supervision without complying with the procedures set forth in 8 C.F.R. § 241.13.

5. The Clerk of Court is directed to enter judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:   **March 19, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2